

**U.S. Department of Justice**

*United States Attorney*
*Southern District of New York*

*The Silvio J. Mollo Building*
*One Saint Andrew's Plaza*
*New York, New York 10007*

COPY MAILED / FAXED TO:
COUNSEL FOR PLTFF(S): ✓
COUNSEL FOR DFT(S): Gov't +
PLTFF PRO SE: ordered to fax to
DFT PRO SE: active counsel
DATE: 3/11/07
BY: MMM

March 1, 2007

The Honorable Barbara S. Jones
United States District Court
Southern District of New York
500 Pearl Street
New York, NY 10007

      Re: United States v. Mohammed Mansour Jabarah
          02 Cr. 1560 (MBM)

Dear Judge Jones:

     I write respectfully to request a brief adjournment of the sentencing in the above-referenced case, which is currently scheduled for March 30, 2007. The parties have encountered some logistical difficulties in facilitating the probation interview, which is occurring tomorrow, at the prison in Pennsylvania where Jabarah is currently being housed. Accordingly, the probation department needs additional time to complete its initial disclosure and provide the parties with the requisite notice. The parties thus request an adjournment to the week of April 16, 2007, at any time except the afternoon of the 16th or the afternoon of the 19th, when Mr. Paul, Jabarah's lawyer, is unavailable.

                                 Very truly yours,

                                   MICHAEL J. GARCIA
                                 United States Attorney

                By: *[signature]*
                     JENNIFER G. RODGERS
                     Assistant United States Attorney
                     (212) 637-2513

cc: Kenneth Paul, Esq.

Application GRANTED. Sentencing scheduled for April 20, 2007 at 2:30 pm

SO ORDERED. *[signature]*
Dated:
                BARBARA S. JONES
                U.S.D.J.

RECEIVED MAR - 2 2007
CHAMBERS OF DEBORAH A. BATTS U.S.D.J.

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 5/30/08